IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAWN ALLISON MALONE                                                    PLAINTIFF

v.                              Case No. 6:25-cv-6054

NOAH HUNTER, *et al*.                                                DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark
E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 6.  Judge
Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for
failing to prosecute this matter and for failing to obey the Court's Orders.  Plaintiff has not objected
to the R&R, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's
reasoning is sound, the Court adopts the R&R (ECF No. 6) in toto.  Accordingly, Plaintiff's
Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of September, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge